**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2009**

_____

ANTHONY ZAPPIN,

        Plaintiff - Appellant,

    v.

CAREY, DOUGLAS, KESSLER, & RUBY, PLLC; S. BENJAMIN BRYANT,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Thomas E. Johnston, Chief District Judge.  (2:22-cv-00292)

_____

Submitted:  April 11, 2024                           Decided:  April 15, 2024

_____

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Zappin, Appellant Pro Se.  Robert L. Bays, BOWLES RICE, LLP, Parkersburg, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Zappin appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants' motion to dismiss Zappin's legal malpractice claim and for a prefiling injunction against Zappin.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Zappin v. Carey, Douglas, Kessler, & Ruby, PLLC*, No. 2:22-cv-00292 (S.D.W. Va. Aug. 30, 2023).  We deny as moot Defendants' motion to dismiss Zappin's appeal for failure to prosecute.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*